```
 1  JOSEPH SCHLESINGER, #87692
    Acting Federal Defender
 2  MICHAEL PETRIK, Jr. #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      ) No. 13-mj-60 KJN
                                   )
11         Plaintiff,               ) STIPULATION AND ORDER
                                   ) TO CONTINUE PRELIMINARY HEARING
12      v.                          )
                                   ) Date:  April 18, 2013
13  CHRISTOPHER LEE LANG,          ) Time:  2:00 p.m.
                                   ) Judge: Hon. Edmund F. Brennan
14         Defendant.               )
                                   )
15  _____  )
```

16      The parties hereby stipulate and request that the Court continue

17 the preliminary hearing scheduled for April 18, 2013, at 2:00 p.m., to

18 May 16, 2013, at 2:00 p.m.

19      Counsel for Mr. Lang requires the time to review discovery with Mr.

20 Lang and to conduct investigation.  Counsel also requires the time to

21 discuss a pre-indictment resolution of this case with Mr. Lang.

22      The parties agree that the above reasons constitute good cause to

23 extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and

24 that the Court should extend the time within which the government must

25 file an indictment to May 16, 2013.  The parties stipulate that the ends

26 of justice served by granting Mr. Lang's request for a continuance

27 outweigh the best interest of the public and Mr. Lang in a speedy trial,

28 Stipulation And Proposed Order          1                    13-mj-60 KJN

and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: April 4, 2013
JOSEPH SCHLESINGER
Acting Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender


Dated: April 4, 2013
BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for M. Rodriguez
_____
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**O R D E R**

Finding good cause, the Court orders the preliminary hearing continued to May 16, 2013, at 2:00 p.m., before Magistrate Carolyn K. Delaney; and, time excluded as set forth above for the reasons set forth above. The Court finds that the ends of justice served by granting Mr. Lang's request for a continuance outweigh the best interest of the public and Mr. Lang in a speedy trial.

IT IS SO ORDERED.

DATED: April 4, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
lang0060.stipord.cont.PE.wpd